In the Matter of the Claim of Irwin Schiller, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Reynolds, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.